

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,753-01

### EX PARTE TERRILL CARL ADAMS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 14-2102-CR-A-A IN THE 2ND 25TH DISTRICT COURT
### GUADALUPE COUNTY

*Per curiam*. SCHENCK, P.J., and YEARY, J., dissented.

### O P I N I O N

Applicant was convicted of burglary of a habitation (count one) and aggravated robbery

(count three). A prior conviction from California was used to raise the minimum punishment for

these offenses from five years to fifteen years. Applicant was sentenced to fifteen years'

imprisonment on count one, and twenty years' imprisonment on count three. The Fourth Court of

Appeals vacated his conviction in part, and affirmed his conviction in part.[1] *Adams v. State*, No. 04-

15-00415-CR (Tex. App.—San Antonio May 4, 2016) (not designated for publication). Applicant

filed this application for a writ of habeas corpus in the county of conviction, and the district clerk

---

[1] Applicant was also convicted of burglary of a habitation (count two). The Court of Appeals vacated the judgment on count two on double jeopardy grounds.

2

forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that trial counsel was ineffective by failing to object to a non-final conviction being used to enhance the punishment range.

Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984). The record reflects that trial counsel's performance was deficient and that Applicant was prejudiced. The sentence in cause number 14-2102-CR-A in the 2nd 25th District Court of Guadalupe County is set aside, and Applicant is remanded to the custody of the Sheriff of Guadalupe County for a new punishment hearing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 2, 2025
Do not publish